IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEAFFILTER NORTH, LLC**                                        PLAINTIFF

v.                                      No. 4:26-cv-78-DPM

**PAUL ALEXANDER ROBERTSON, d/b/a
"Rain Drain Gutters"**                                              DEFENDANT

## ORDER

The Court has received the Complaint, which includes a request for injunctive relief, preliminary and permanent. *Doc. 1*. The request for a preliminary injunction is denied without prejudice for failure to comply with LOCAL RULE 7.2(E).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 January 2026