## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

LEAFFILTER NORTH, LLC                                    PLAINTIFF

v.                          No. 4:26-cv-78-DPM

PAUL ALEXANDER ROBERTSON, d/b/a
"Rain Drain Gutters" and RAIN DRAIN
GUTTER SOLUTIONS, LLC                                  DEFENDANTS

### ORDER

The Court notes Robertson's *pro se* answer to the complaint. LeafFilter has filed and served an amended complaint. The Court looks forward to answers from both Robertson and Rain Drain Gutter Solutions, LLC to the amended complaint. Fed. R. Civ. P. 15(a)(3). Robertson can represent himself, of course, but he can't represent Rain Drain. Robertson's LLC can't be *pro se*. 28 U.S.C. § 1654; *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993). Rain Drain, therefore, must get a lawyer as soon as practicable. In due course, the Court also looks forward to timely responses from Robertson and Rain Drain to the motion for a preliminary injunction. Fed. R. Civ. P. 6(a); LOCAL RULE 7.2(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2026