# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

LEAFFILTER NORTH, LLC                                     PLAINTIFF

v.                          No. 4:26-cv-78-DPM

PAUL ALEXANDER ROBERTSON, d/b/a
"Rain Drain Gutters" and RAIN DRAIN
GUTTER SOLUTIONS, LLC                                   DEFENDANTS

## ORDER

Rain Drain Gutter Solutions, LLC, hasn't appeared with a lawyer. *Doc. 14 & 16.* But it's time for a hearing on the motion for a preliminary injunction. The Court will hold that hearing at 9:00 a.m. on Tuesday, 7 April 2026 in courtroom 1A of the Richard Sheppard Arnold United States Courthouse in Little Rock. Each side will have two hours to present argument and evidence.

The parties must make initial disclosures by 23 March 2026. Fed. R. Civ. P. 26(a)(1)(D). Witness lists, exhibits lists, and exhibits must be exchanged between the parties, and copies delivered to Little Rock chambers, by the close of business on Friday, 3 April 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
9 March 2026