# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

LEAFFILTER NORTH, LLC                                              PLAINTIFF

v.                              No. 4:26-cv-78-DPM

PAUL ALEXANDER ROBERTSON, d/b/a
"Rain Drain Gutters" and RAIN DRAIN
GUTTER SOLUTIONS, LLC                                           DEFENDANTS

## ORDER

The parties have settled.  *Doc. 20.*  Congratulations.  The motion for preliminary injunction, *Doc. 9*, is denied without prejudice as moot. The Scheduling Order, *Doc. 19*, is vacated.  The 7 April 2026 hearing is cancelled.  The proposed Consent Judgment is due by 17 April 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_25 March 2026_