IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEAFFILTER NORTH, LLC                                         PLAINTIFF

v.                              No. 4:26-cv-78-DPM

PAUL ALEXANDER ROBERTSON, d/b/a
"Rain Drain Gutters" and RAIN DRAIN
GUTTER SOLUTIONS, LLC                                         DEFENDANTS

ORDER

Joint motion, *Doc. 22*, granted.  The Court will enter the Consent Judgment.  All claims against Rain Drain Gutter Solutions, LLC are dismissed without prejudice.  All claims for damages or other monetary relief against Robertson are dismissed without prejudice, too.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 April 2026